# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

EULA MAE LEACH,

    Plaintiff,

v.                                Case No. 3:21-cv-25-MMH-JRK

SANTANDER CONSUMER
USA INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 15; Stipulation) filed on May 10, 2021. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees, costs, and expenses.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of May, 2021.

                                        MARCIA MORALES HOWARD
                                        United States District Judge

ja

Copies to:

Counsel of Record